10-CI-01321

NO.     DIV II     PIKE CIRCUIT COURT

KENNITH LAYNE     PLAINTIFF

vs.     **COMPLAINT**

METROPOLITAN LIFE INSURANCE COMPANY     DEFENDANT
Serve: CT Corporation System
        306 West Main Street, Ste. 512
        Frankfort, KY 40601

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

Comes the Plaintiff, Kennith Layne, by counsel, and for his cause of action against the Defendant, states as follows:

1. Plaintiff is a resident of Phelps, Pike County, Kentucky.

2. Defendant, Metropolitan Life Insurance Company ("MetLife"), is an insurance company registered and authorized to do business in the Commonwealth of Kentucky.

3. The Plaintiff became disabled in December of 2008.

4. At the time, Plaintiff was covered by a long-term disability ("LTD") insurance policy provided by MetLife.

5. Plaintiff's claim for LTD benefits was denied by MetLife.

6. Plaintiff's LTD policy with MetLife is not governed by ERISA.

7. Plaintiff remains disabled as defined by the policy.

8. Plaintiff is entitled to long term disability benefits under MetLife's policy.

9. Without justification, MetLife continues to ignore the opinions of Plaintiff's treating physician, who supports Plaintiff's disability claim.



EXHIBIT A

10. Defendant's decision to deny Plaintiff's benefits was in error and in breach of its contractual obligations.

11. Plaintiff also has a life insurance policy with MetLife, which contains a waiver of premium provision in the event that Plaintiff is disabled.

12. Plaintiff is entitled to this waiver of premium benefit.

WHEREFORE, Plaintiff demands as follows:

1. Payment of all long-term disability benefits past due with interest;

2. For waiver of his life insurance premium, and reimbursement of premiums paid since Plaintiff's onset of disability;

3. For an Order compelling Defendants to continue all disability insurance benefits from the present forward;

4. For a trial by jury;

5. For his costs herein expended; and,

6. For any and all other relief to which Plaintiff may appear entitled.

_____
WILLIAM J. DRISCOLL
DRISCOLL & ASSOCIATES, P.S.C.
6011 Brownsboro Park Blvd., Ste. A
Louisville, KY 40207
502/587-1983
Counsel for Plaintiff



CT Corporation System
306 West Main Street, Ste. 512
Frankfort, KY 40601

W. DAVID DECKRIS, CLERK
P.O. BOX 1002
PIKEVILLE, KY 41502



# CT Corporation

**Service of Process Transmittal**
08/26/2010
CT Log Number 517175108

TO: Kaiper Wilson
Met Life
1095 Avenue of the Americas
New York, NY 10036-6796

RE: **Process Served in Kentucky**

FOR: Metropolitan Life Insurance Company (Domestic State: NY)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Kennith Layne, Pltf. vs. Metropolitan Life Insurance Company, Dft. |
| DOCUMENT(S) SERVED: | Summons, Complaint |
| COURT/AGENCY: | Pike County Circuit Court of KY, KY<br>Case # 10-CI-01321 |
| NATURE OF ACTION: | Insurance Litigation - Policy benefits claimed for long term disability |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Frankfort, KY |
| DATE AND HOUR OF SERVICE: | By Certified Mail on 08/26/2010 postmarked on 08/23/2010 |
| APPEARANCE OR ANSWER DUE: | Within 20 days |
| ATTORNEY(S) / SENDER(S): | William J. Driscoll<br>Driscoll & Association, P.S.C.<br>6011 Brownsboro Park Blvd., Ste. A<br>Louisville, KY 40207<br>502-587-1983 |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 08/26/2010, Expected Purge Date: 08/31/2010<br>Image SOP<br>Email Notification, CTServiceof Process ctserviceofprocess@metlife.com |
| SIGNED:<br>PER:<br>ADDRESS: | C T Corporation System<br>Amy McLaren<br>306 W. Main Street<br>Suite 512<br>Frankfort, KY 40601 |
| TELEPHONE: | 800-592-9023 |

Page 1 of 1 / AB

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

| AOC-105　Doc. Code: CI<br>Rev. 5-03　08/17/2010 04:17 pm<br>Page 1 of 1　Ver. 1.01<br>Commonwealth of Kentucky<br>Court of Justice　www.kycourts.net<br>CR 4.02; CR Official Form 1 | CIVIL SUMMONS | Case No. 10-CI-01321<br>Court ☑ Circuit ☐ District<br>County　Pike |

**PLAINTIFF**

KENNITH LAYNE

VS.

**DEFENDANT**

METROPOLITIAN LIFE INSURANCE COMPANY

Service of Process Agent for Defendant:
CT CORPORATION SYSTEM
306 WEST MAIN STREET, STE. 512
FRANKFORT, KY 40601

THE COMMONWEALTH OF KENTUCKY
TO THE ABOVE-NAMED DEFENDANT(S):

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** and filed in the Clerk's Office within 20 days following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: 8-23, 2010

_____ Clerk
By: _____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

this _____ day of _____, 2_____.

Served by: _____
_____ Title